FILED
2008 Oct-14  PM 03:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| DELORIS I. BURROUGHS, } | |
| } | |
| Plaintiff, } | |
| } | CIVIL ACTION NO. |
| v. } | 05-AR-2322-M |
| } | |
| BROADSPIRE SERVICES, INC., } | |
| } | |
| Defendant. } | |

## MEMORANDUM OPINION AND ORDERS

If this court were privileged to decide whether or not defendant, Broadspire Services, Inc. ("Broadspire"), was arbitrary and capricious in reaching the decision it reached to deny disability benefits to plaintiff, Deloris I. Burroughs ("Burroughs"), this court might agree with Burroughs, but as this court understands the over-all case in its various manifestations, nothing said by the Supreme Court or by the Eleventh Circuit since *Burroughs v. BellSouth Telecommunications*, CV-04-AR-1863-M, was decided, opens the door for a reconsideration by this court of what was decided by the Eleventh Circuit and what is binding on these parties. This court must agree with itself when it answered "NO" to the question it posed to itself in its law review article "Can The Courts Rescue ERISA?". Accordingly, and for the reasons articulated in open court, it is ORDERED as follows:

1. Broadspire's motion to reconsider the order consolidating this case with *Burroughs v. BellSouth* is DENIED.

2. Burroughs's various motions for leave to amend are

GRANTED, and her amended complaints are DEEMED filed.

    3.   Broadspire's motion to dismiss is DEEMED refiled to the complaint as last amended, and Broadspire's said motion is DEEMED supplemented by the oral argument presented by Broadspire.

    DONE this 14th day of October, 2008.

                                                                             _____
                                                                             WILLIAM M. ACKER, JR.
                                                                             UNITED STATES DISTRICT JUDGE